# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. RICHMAN,<br><br>          Plaintiff,<br>   v.<br>ROB MOSHEIN,<br><br>          Defendant. | Case No. 2:13-cv-07795-ODW(FFMx)<br><br>**ORDER TO SHOW CAUSE RE. SERVICE ON DEFENDANT ROBERT MOSHEIN** |

On January 6, 2014, Plaintiff Robert Richman filed his First Amended Complaint against Defendant Rob Moshein. (ECF No. 11.) The Clerk of Court issued a Summons the same day. (ECF No. 12.) In the First Amended Complaint, Richman indicated that he "has not put Moshein on notice, presently though service, since he does not want Moshein to know his home address . . . ." (FAC at 4.) Service of the Complaint is not optional. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").

Accordingly, the Court orders Richman to show cause why it has not served Defendant Rob Moshein by **Tuesday, May 6, 2014**—the 120th day after Richman filed his Complaint. No hearing will be held. The Court will discharge this Order

upon filing of a valid proof of service upon Moshein or a written statement demonstrating good cause for the delay. Failure to timely respond will result in dismissal of this action.

**IT IS SO ORDERED.**

January 13, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**